# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:09cv57

| | | |
|---|---|---|
| AVERY FAMILY FARM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| HIGHLANDS COUNTRY CLUB | ) | |
| PROPERTY OWNER'S | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant/Third- | ) | |
| Party Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| ZOELLNER LANDSCAPING, INC., | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on W. James Johnson's Motion for Special

Admission, which the court deems to be a motion *Pro Hac Vice,* of Melissa L.

English. It appearing that Melissa L. English is a member in good standing with the

Arizona Bar and will be appearing with W. James Johnson, a member in good

standing with the Bar of this court, that all admission fees have been paid, and that the

email address of the attorney seeking admission has been provided, the court enters

the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that W. James Johnson's Motion for Admission *Pro Hac Vice* (#20) of Melissa L. English is **GRANTED,** and Melissa L. English is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with W. James Johnson.

Signed: July 29, 2010

Dennis L. Howell
United States Magistrate Judge